# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KANIUS CHRISTOPHER HILL (1), aka "Crippin Chris"<br>MARCUS HODGE (2), aka "DJ Marko,"<br><br>Defendants. | Case No.: 23-mj-03132-WVG<br><br>**ORDER GRANTING JOINT MOTION FOR A PROTECTIVE ORDER REGARDING DISCOVERY** |

Pursuant to the motion of the parties, Federal Rule of Criminal Procedures 16(d)(1), and General Order No. 514 of the United States District Court for the Southern District of California ("General Order No. 514") pertaining to privacy matters, it is hereby ORDERED as follows:

1. Certain discovery produced in the above-referenced case and labeled "Sensitive" (the "Discovery") contains sensitive law enforcement and third-party information that, if further disseminated, may jeopardize the ability of law enforcement to effectively investigate crimes and the safety of third-party witnesses.

2. The Discovery is for use of defense counsel, any investigators, interpreters, experts, paralegals, legal assistants, contract or associate attorneys, or law clerks

assisting counsel in this case (the "Defense"). The Defense may review the Discovery marked "Sensitive" with the defendant only in the presence of a member of the Defense, and may not provide a copy of the Discovery to or leave a copy of the Discovery with the defendant.

3. The Discovery is provided for purposes of investigating, preparing for litigation and trial, litigation and trial, and any appeals of this matter, and for no other purpose. Therefore, the parties further agree that the Discovery produced by the United States may not be copied or further disseminated in any way to any other person or entity who is not part of the Defense.

4. The Defense agrees to take all reasonable steps to: (a) maintain the confidentiality of the Discovery; (b) ensure that Defendant does not obtain a copy of the Discovery, except as provided above; (c) ensure that the Discovery is used for no other purposes other than those expressly stated above; and (d) safeguard the Discovery produced in this case from inadvertent disclosure or review by any third party.

5. The Defense shall return to the United States or destroy any and all copies of the Discovery within 90 days of the conclusion of the proceedings in this case, including any appeal.

6. The parties further acknowledge and agree to abide by General Order No. 514 of the United States District Court for the Southern District of California, which, among other things, requires that any filings referencing or containing an individual's personal information must be redacted in a manner consistent with said General Order.

7. Any court filings containing any part of the Discovery shall be filed under seal, or redacted in accordance with Local Criminal Rule 49.1-1.

SO ORDERED.

DATED: September 6, 2023

William V. Gallo

HONORABLE WILLIAM V. GALLO
United States Magistrate Judge